JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Donna Johnson,              ) | SACV 08-00261-JVS(ANx) |
|                             ) | |
|          Plaintiff,         ) | ORDER OF DISMISSAL FOR |
|                             ) | |
|      v.                     ) | LACK OF PROSECUTION |
|                             ) | |
| Sergio Soberanes, M.D.,     ) | |
| etc., et al.,               ) | |
|                             ) | |
|          Defendants.        ) | |
| _____) | |

    The Court having scheduled a Rule 26(f) Scheduling Conference in the above entitled action for September 14, 2009 at 11:00 a.m. and no appearance having been made by plaintiff at that hearing and no proof of service having been filed, IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED:  September 22, 2009

                                                             James V. Selna
                                                             United States District Judge